UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BAEK, an individual, BAEK 153, LLC an Oregon Limited Liability Company, and PACIFIC COMMERCIAL GROUP, LLC an Oregon Limited Liability Company,<br><br>    Plaintiffs.<br><br>v.<br><br>JOHN O. HALVORSON, an individual, DAN L. HALVORSON, an individual, and JERRY ANN RANDALL, individually and as trustee of the JERRY ANN RANDALL TRUST dated July 30, 2007, PCC FIND 1, LLC, a California Limited Liability Company, GRANITE BAY PARTNERS II, LLC, a Delaware Limited Liability Company, JH RE HOLDINGS. LLC, a Delaware Limited Liability Company, COMMERCIAL INCOME ADVISORS, INC., a California Corporation, JOHN DOES 1 THROUGH 5, a Delaware Limited Liability Company,<br><br>    Defendants. | CIV. NO. 2:15-CV-01425-WBS-DB<br><br><u>ORDER RE: REQUEST TO APPEAR TELEPHONICALLY AT (1) MOTION FOR ORDER TO CONFIRM THE VALIDITY OF THIS COURT'S PRIOR ORDERS AND TO ENFORCE SUCH ORDERS and (2) MOTION FOR STAY RELIEF TO VOLUNTARILY DISMISS NON-ANSWERING DEFENDANTS</u> |

1

| | |
|---|---|
| 1 | Marc C. Forsythe, counsel to John O. Halvorson, Chapter 7 Debtor in the bankruptcy case pending in the United States Bankruptcy Court, Central District of California under U.S.B.C. Case Number 8:15-bk-13556-MW and a defendant herein, has requested permission to appear telephonically at the hearing on the Motion for Order to Confirm the Validity of This Court's Prior Orders and to Enforce Such Orders (Docket No. 18) and Motion for Stay Relief to Voluntarily Dismiss Non-Answering Defendants (Docket No. 17). |

Marc C. Forsythe, counsel to John O. Halvorson, Chapter 7 Debtor in the bankruptcy case pending in the United States Bankruptcy Court, Central District of California under U.S.B.C. Case Number 8:15-bk-13556-MW and a defendant herein, has requested permission to appear telephonically at the hearing on the Motion for Order to Confirm the Validity of This Court's Prior Orders and to Enforce Such Orders (Docket No. 18) and Motion for Stay Relief to Voluntarily Dismiss Non-Answering Defendants (Docket No. 17).

No opposition has yet been filed regarding those motions. The court wishes to reserve decision on counsel's request to appear telephonically until after any opposition to the underlying motions has been filed. Counsel is directed to re-submit his request after the opposition has been filed.

IT IS SO ORDERED.

Dated: May 25, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE