| | |
|---|---|
| RICHARD BAEK, an individual; BAEK 153, LLC, an Oregon Limited Liability Company; and PACIFIC commercial GROUP, LLC, an Oregon Limited Liability Company, | CIV. NO. 2:15-1425 WBS DB |
| | ORDER RE: REQUEST FOR CONTINUANCE |
| Plaintiffs, | |
| v. | |
| JOHN O. HALVORSON, an individual; DAN L. HALVORSON, an individual; and JERRY ANN RANDALL, individually and as trustee of the JERRY ANN RANDALL TRUST dated July 30 2017; PCC FUND 1, LLC, a California Limited Liability Company; GRANITE BAY PARTNERS II, LLC, a Delaware Limited Liability Company; JH RE HOLDINGS, LLC, a Delaware Limited Liability Company; COMMERCIAL INCOME ADVISORS, INC., a California Corporations; and DOES 1-5 | |
| Defendants. | |

Plaintiffs filed a Motion to Confirm the Validity of this Court's Prior Orders and a Motion for Stay Relief to

Voluntarily Dismiss Non-Answering Defendants.  (Docket Nos. 17, 18.)  The Motions are set to be heard on June 11, 2018.  Weneta Kosmala, the chapter 7 Trustee of the bankruptcy estate of debtor John Halvorson, has filed Requests for Continuance.  (Docket Nos. 19 and 34.)  The Trustee intends to file a Motion to Transfer Venue of the instant action to the Bankruptcy Court, which is set for hearing on June 29, 2018.  Accordingly, she requests that the hearings on plaintiffs' Motions be continued to June 29, 2018.

Plaintiffs oppose the Request for Continuance.  (Docket No. 22.)  Among other factors, plaintiffs indicate that plaintiffs' counsel will be out of town on June 29, 2018, and thus plaintiffs will be prejudiced if the court grants a continuance.  The Trustee, on the other hand, has not stated that she has a conflict with the June 11, 2018 date.  Accordingly, the court is not persuaded that a continuance is necessary, and will deny the Trustee's Requests for Continuance.

IT IS THEREFORE ORDERED that the Trustee's Requests for Continuance (Docket Nos. 19 and 34) be, and the same hereby are, DENIED.

Dated:  June 4, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE